MERTON A. SWEET et al., Respondents, v. FARMERS SYNDICATE, INC., et al., Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.